Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ] Case No. M:05-CV-01699-CRB <br> ] <br> ] MDL NO. 1699 <br> ] |
| This Document Relates To: | ] **STIPULATION AND ORDER OF** <br> ] **DISMISSAL WITH PREJUDICE** <br> ] |
| *Betty Eutsey et. al. vs. Pfizer, Inc.* <br> *MDL No. 08-00124: Plaintiff Larry Perkins* | ] <br> ] <br> ] <br> ] |

Comes now the Plaintiff, Larry Perkins and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff, Larry Perkins's action only with each side bearing its own attorneys' fees and costs.

STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: March 15, 2009

By: /s/ Daryl D. Parks
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (fax)
Email: dparks@parkscrump.com

Counsel for Plaintiff.

Dated: May 11, 2009

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (fax)

Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2009

By: _____
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

2

STIPULATION OF DISMISSAL WITH PREJUDICE